Violet Cross, Plaintiff-Counter Defendant, Appellant, v. Paul Cross, Defendant-Counter Plaintiff, Appellee.

Gen. No. 50,666.

First District, First Division.

July 25, 1966.

Rehearing denied August 15, 1966.

Edward Stasukaitis, of Chicago, for appellant; Murray R. Haddon and Louis Z. Grant, of Chicago, for appellee. Opinion by PRESIDING JUSTICE KLUCZYNSKI. Not to be published in full.